**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ABDULJABBAR ABDUL MALIK,

    Plaintiff,

       v.

CABOT OIL & GAS CORPORATION,

    Defendant.

CIVIL ACTION NO. 3:CV-15-739

(JUDGE CAPUTO)

## ORDER

**NOW**, this 20th day of April, 2015, **IT IS HEREBY ORDERED** that Plaintiff is given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order.  If Plaintiff fails to do so, the action will be dismissed.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge